# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

THE PREMISES KNOWN AS:

**1716 Maco Drive**
**Hanover, Maryland 21076**

SEARCH WARRANT

CASE NUMBER:

**13-0065SAG**

FILED ___ LODGED ___ ENTERED ___ RECEIVED
FEB -6 2013
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

TO: DEA Task Force Officer Matthew Wires,
and any Authorized Officer of the United States

Affidavit(s) having been made before me by Task Force Officer Matthew Wires, who has reason to believe that on the premises known as (name, description and or location)

**1716 Maco Drive, Hanover, Maryland 21076,** further described as a single family home with a reddish brick exterior on the front and white siding on each side. The residence has dark blue shutters and a dark blue front door. There is a palladian style window over the front door on the second level. The numbers "1716" are located to the left side of the front door in gold letters on an off-white colored wood placard. A black metal mailbox with the numbers "1716" in white numbers is located in front of the residence. The residence has an attached garage located on the left side of the residence at the top of the black asphalt driveway. A set of approximately fifteen concrete steps with a black metal handrail leads to the front door of the residence.

- in the District of Maryland, there is now concealed a certain person or property, namely (describe the person or property) - See Attachment C

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

I further find, based on the facts set forth in the Affidavit submitted herewith, that specific facts have been set forth which justify agents and officers entering into the locations, for purposes of executing the search warrant, **without the need to, in advance, knock and announce their presence.**

YOU ARE HEREBY COMMANDED to search on or before ___1/28/13___
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Stephanie A. Gallagher, U.S. Magistrate Judge, as required by law.

___1/14/13___ at Baltimore, Maryland
Date and Time Issued

11:06 am

The Honorable Stephanie A. Gallagher
United States Magistrate Judge

(#3) AUSAs Carey/Smith

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>1-14-13 | DATE AND TIME WARRANT EXECUTED<br>1-15-13  0600 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Scott Segel |
| INVENTORY MADE IN THE PRESENCE OF  Scott Segel | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____          _____
U.S Judge or Magistrate                                         Date

## **A**                                    **KITCHEN**

1   Clear bag containing a greenish brown leafy substance, suspected marijuana labeled ".22g Silver Haze" was            recovered from the kitchen island. (Approximate weight including packaging 34.85 grams)

2   Loose greenish brown leafy substance, suspected marijuana was recovered from a wood box on the kitchen island.
    (Approximate weight including packaging 52.15 grams)

3   Loose greenish brown leafy substance, suspected marijuana was recovered from the kitchen island.
    (Approximate weight including packaging 9.58 grams)

4   Silver grinder with residue of suspected marijuana was recovered from the kitchen island.
5   RS money counter was recovered from the kitchen island cabinet.

6   Apple iPhone with a "Segal" sticker on it and charger were recovered from the kitchen island.

7   (2) money bags from Capital One and Wells Fargo were recovered from the kitchen island cabinet.

8   100 gram penny weights were recovered from the kitchen island drawer.

9   Pro 2300 vacuum sealer with suspected marijuana residue was recovered from the pantry.

10  Heat seal plastic bags with suspected marijuana residue were recovered from the pantry.

11  Brecknell digital scale with suspected marijuana residue was recovered from the pantry.

12  Brecknell digital scale with suspected marijuana residue was recovered from the pantry.

13  Polder digital scale with suspected marijuana residue was recovered from the pantry.

14  RS money counter was recovered from the floor.

15  File cabinet with documents was recovered from the floor.

16  Documents and bank cards in the name Scott Segal were recovered from Segal's wallet on the counter top.

17  US currency was recovered from Segal's wallet. (T.O.T. DEA Agent Michelle Zamudio #100197)

18  Food saver heat sealer was recovered from the counter top.

19  (3) Heat sealed bags all containing a greenish brown leafy substance, suspected marijuana were recovered from the    cabinet next to the stove. (Approximate weight including packaging 1,019.54 grams)

20  Roll of heat seal plastic was recovered from the cabinet next to the stove.

21  AWS digital scale was recovered from the cabinet above the stove.

22  Plastic bag with handwriting "36K" was recovered from the cabinet above the stove.

23  Heat sealed bag containing a greenish brown leafy substance, suspected marijuana was recovered from the top       right cabinet above the stove. (Approximate weight including packaging 136.97 grams)

24  Money bands were recovered from the top right cabinet above the stove.

25  US currency was recovered from top right cabinet above the stove.
    (T.O.T. DEA Agent Michelle Zamudio #100197)

26  US currency was recovered from the cabinet above the dishwasher.
    (T.O.T. DEA Agent Michelle Zamudio #100197)

27  Keys labeled "Front Door" + "Hanover Garage" + key fob labeled "0139" were recovered from the cabinet above    the dishwasher.

28  Apple iPhone S/N C38GPFZPDTD3 was recovered from the cabinet above the dishwasher.

29  Apple iPhone S/N C8PHD4AVDTC1 was recovered from the cabinet above the dishwasher.

   30  Apple iPhone was recovered from the cabinet above the dishwasher.
31  Blackberry Boost Mobile phone was recovered from the cabinet above the dishwasher.

32  Documents in the name Scott Segal were recovered from the kitchen.

33  Handwritten document and receipts were recovered from the kitchen.

34  Document in the name Karem Dayi was recovered from the kitchen.

42  Coca-cola flash drive was recovered from the counter next to the sink.

**B**                                                **LIVING ROOM**

35  HP laptop with charger S/N 2CE2090GQX was recovered from the sofa.

36  T-Mobile cell phone with charger was recovered from the top of a storage bin.

37  Toshiba portable hard drive S/N 91E2PIZKTR48 was recovered from the top left drawer of the TV stand.

**C**                                                **OFFICE**

38  Nikon digital camera S/N 30333059 was recovered from the floor.

39  T-Mobile cell phone S/N CAB31C0000C1 was recovered from the floor.

40  T-Mobile cell phone S/N 865074010583259 was recovered from the floor.

41  AT&T LG cell phone S/N 902KPED659660 was recovered from the floor.

43  Voice recorder S/N 020501323 was recovered from the floor.

44  Nokia cell phone was recovered from the floor.

45  Samsung cell phone S/N was recovered from the floor.

46  Nokia cell phone was recovered from the floor.

47  T-Mobile cell phone S/N 012908000730382 was recovered from the floor.

48  Samsung cell phone S/N A3LSCHU365 was recovered from the floor.

49  AT&T cell phone S/N 322422170099 was recovered from the floor.

50  Nokia cell phone S/N 35597104942525 was recovered from the floor.

51  Pantech cell phone S/N 120500582717 was recovered from the floor.

52  Nokia cell phone S/N 355971045241190 was recovered from the floor.

53  Nokia cell phone was recovered from the floor.

54  Samsung tablet S/N R32C300VL2F was recovered from the floor.

55  Apple iPhone S/N 7U7399TFWH8 was recovered from the floor.

56  Fuji digital camera S/N 7UA01874 was recovered from the floor.

57  Langetwins flash drive was recovered from the floor.

58  Samsung flash drive S/N WIS1X4HC2032918 was recovered from the floor.

59  Asus laptop S/N 15G29N006630 with charger was recovered from the desk.

60  (5) Polo Ralph Lauren wallets were recovered from the floor.

61  Documents in the name Scott Segal were recovered from the office.

62  (9) CD-Rom back up discs were recovered from the file cabinet.

**D**                          **FRONT LEFT BEDROOM**

63  Plastic box of ammo .223 / 12 ga / 9mm / .22 / .32 was recovered from the closet floor.

64  Plastic box of ammo .223 / 9mm / .380 / 12 ga was recovered from the closet floor.

65  30 round .223 magazine was recovered from the closet floor.

66  .22 magazine was recovered from the closet floor.

67  .223 magazine was recovered from the closet floor.

68  9mm magazine was recovered from the closet floor.


**E**                          **BACK LEFT BEDROOM**

69  Sig Sauer .223 rifle S/N JT023197 (loaded with item # 70) was recovered from the left side closet.

70  .223 magazine loaded with 27 rounds of ammo was recovered from the left side closet.

71  (6) 12 gauge shells were recovered from the left side closet.

73  Body armour chest plate was recovered from the left side closet.

74  Plastic box of .223 ammo was recovered from the left side closet.

75  Mossberg 12 gauge shotgun S/N U230054 (loaded with item # 76) was recovered from the right side closet.

76  (12) 12 gauge shells, (7) were loaded in item # 75, (5) were on the stock was recovered from the right side closet.

77  Passport – Scott Segal was recovered from the right side closet.

78  Documents were recovered from the bedroom.

**F**                                    **FRONT RIGHT BEDROOM**

79  Tt Thermaltate computer tower S/N VL10001W2ZC1105000707 was recovered from the desk.

80  Samsung galaxy tablet S/N R32C300U58A was recovered from the desk.

81  Seasonic server S/N 11147155110300334 was recovered from the desk.

82  Documents were recovered from the bedroom.

**G**                                    **BASEMENT**

83  Samsung LED TV 60" S/N Z5PV3CDCA01669 was recovered from the floor in the living room area.

84  Antec computer tower was recovered from the garage.

85  Box of shoes (5) Timberland, (4) Adidas, (1) Steve Madden were recovered from the garage.

86  Box of (5) Nike shoes were recovered in the living room area.

87  Box of (14) miscellaneous shoes were recovered from the living room area.

88  Box of (28) t-shirts were recovered from the living room area.

89  (5) heat sealed bags of a greenish brown leafy substance of suspected marijuana was recovered from under the            bathroom sink. (Approximate weight including packaging 2,422.04 grams)

90  (5) heat sealed bags of a greenish brown leafy substance of suspected marijuana was recovered from the            bathroom / bottom box. (Approximate weight including packaging 2,405.96 grams)

91  (5) heat sealed bags of a greenish brown leafy substance of suspected marijuana was recovered from the             bathroom / top box. (Approximate weight including packaging 2,411.81 grams)

92  (5) heat sealed bags of a greenish brown leafy substance of suspected marijuana was recovered from the laundry       room / front box. (Approximate weight including packaging 2,356.03 grams)

93  (10) heat sealed bags of a greenish brown leafy substance of suspected marijuana was recovered from the laundry       room / back box. (Approximate weight including packaging 4,780.84 grams)

94  Documents were recovered from the basement.